

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL FRANK MOTZER,<br><br>Defendant. | Case No. 16-2100M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On October 20, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by the United States District Court for the Southern District of California.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Andre Townsend.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Allegations in petition include failing to comply with random drug testing requirements and failing to notify his probation officer of a change in residence, as directed by his probation officer.

☒ Lack of surety information

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history

☒ use of multiple aliases

☒ allegations in the Petition for Revocation

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 20, 2016

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE